UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENCHMARK EXPORT SERVICES, INC.

        Plaintiff,

- against -

AMERICAN TRANSPORT LOGISTICS, INC.

        Defendant,
-------------------------------------------------------------X

07 CIV 9446

JUDGE STEIN

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, BENCHMARK EXPORT SERVICES, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

BENCHMARK EXPORT SERVICES, INC. is not a publicly traded company.

Dated: New York, New York
       October 23, 2007
       299-72

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                          By: _____
                          Christopher M. Schierloh (CS-6644)
                          317 Madison Avenue, 21st Floor
                          New York, NY 10017
                          (212) 286-0225

[Stamp: RECEIVED OCT 23 2007 U.S.D.C. S.D.N.Y. CASHIERS]