9047/PMD

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for American Transport Logistics, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENCHMARK EXPORT SERVICES, INC.<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN TRANSPORT LOGISTICS, INC.<br><br>Defendant. | 07 CIV 9446<br><br>Judge Stein<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant American Transport Logistics, Inc. certifies upon information and belief that Defendant American Transport Logistics, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated:  New York, New York
        November 27, 2007

                        CICHANOWICZ, CALLAN, KEANE,
                        VENGROW & TEXTOR, LLP
                        Attorneys Defendant American Transport Logistics, Inc.

                        / s / Patrick Michael DeCharles, II
                        Patrick Michael DeCharles, II (PMD/9984)