```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BENCHMARK EXPORT SERVICES, INC.,   :   07 Civ. 9446 (SHS)

                Plaintiff,   :

     -against-   :   ORDER

AMERICAN TRANSPORT LOGISTICS, INC.,   :
ET AL.,
                             :
              Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before January 11, 2008;

    2.    The last day for plaintiff to amend the complaint is January 25, 2008;

    3.    There will be a status conference on February 29, 2008, at 10:00 a.m.; and

    4.    The last day for completion of fact discovery is April 25, 2008.

Dated: New York, New York
       December 20, 2007

                                                             SO ORDERED:

                                                            Sidney H. Stein, U.S.D.J.