9-08/JTN
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Third-Party Defendant
SAFMARINE, INC.
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
Justin T. Nastro, Esq. (JN-2776)
Manuel A. Molina, Esq. (MM-1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BENCHMARK EXPORT SERVICES, INC.,   07 CV 9446 (SHS)

           Plaintiff,

         -against-   ***SAFMARINE, INC.***
                                            ***RULE 7.1 STATEMENT***
AMERICAN TRANSPORT LOGISTICS,
INC.,

           Defendant.
-----------------------------------------------------------x
AMERICAN TRANSPORT LOGISTICS,
INC.,

      Defendant and Third-Party Plaintiff,

         -against-

SAFMARINE, INC.,

      Third-Party Defendant.
-----------------------------------------------------------x

      Third-Party Defendant SAFMARINE, INC., by and through its attorneys,

Freehill, Hogan & Mahar, LLP, certifies that it is not a publicly owned corporation.

NYDOCS1/298673.1

A.P. MOLLER MAERSK, A/S, a company publicly traded on the Copenhagen stock exchange, has an ownership interest in this party.

Dated: New York, New York
February 8, 2008

    FREEHILL, HOGAN & MAHAR, LLP
    Attorneys for Third-Party Defendant
    SAFMARINE, INC.

    By: _____
    Justin T. Nastro, Esq. (JN-2776)
    Manuel A. Molina, Esq. (MM-1017)
    80 Pine Street, 24th Floor
    New York, NY 10005-1759
    Telephone No: (212) 425-1900
    Facsimile No: (212) 425-1901

TO:    CICHANOWICZ, CALLAN KEANE,
       VENGROW & TEXTOR, LLP
       Attorneys for Third-Party Plaintiff
       61 Broadway, suite 3000
       New York, New York 10006
       Attention: Patrick Michael DeCharles, Esq.
       (212) 344-7042

       CASEY & BARNETT, LLC
       Attorneys for Plaintiff
       317 Madison Avenue, 21st Floor
       New York, New York 10005
       Attention: Christopher M. Schierlob, Esq.
       (212) 286-0225