# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

     Martha L. Brown, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On February 8, 2008, deponent served the within RULE 7.1 STATEMENT and SAFMARINE'S ANSWER TO COMPLAINT OF PLAINTIFF BENCHMARK upon:

    CHICHANOWICZ, CALLAN KEANE,
    VENGROW & TEXTOR, LLP
    Attorneys for Third-Party Plaintiff
    61 Broadway, Suite 3000
    New York, New York 10006
    Attn: Patrick Michael DeCharles, Esq.

    CASEY & BARNETT, LLC
    Attorneys for Plaintiff
    317 Madison Avenue
    21st Floor
    New York, New York 10017
    Attn: Christopher M. Shierlob, Esq.

     the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                      _____
                                                      Martha L. Brown

Sworn to before me on the
8th day of February, 2008.

_____
NOTARY PUBLIC

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE6065625, Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 22, 2009

NYDOCS1/298357.1