```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BENCHMARK EXPORT SERVICES, INC.,   :   07 Civ. 9446 (SHS)

                Plaintiff,   :

    -against-   :   <u>ORDER</u>

AMERICAN TRANSPORT LOGISTICS, INC.,   :
*ET AL.*,
                                 :

                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     The next conference will be held on April 25, 2008, at 10:00 a.m. unless this case is transferred to a magistrate judge pursuant to 28 U.S.C. § 636(c); and

       2.     The last day for completion of discovery remains at April 25, 2008.

Dated: New York, New York
       February 29, 2008

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.