```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BENCHMARK EXPORT SERVICES, INC.,

                            Plaintiff(s),

          -against-

AMERICAN TRANSPORT LOGISTICS, INC.
+
SAFMARINE      Defendant(s).
     third Party Defendant.
-------------------------------------------------------------x

07 Civ. 9446 (SHS)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY STIPULATED by the undersigned:

        1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
         MARCH 3, 2008

_____
CHRISTOPHER SCHIERLOH (CS-6874)
Attorney for Plaintiff
Address 317 MADISON AVE, 21ST FL.
New York, NY 10017
Telephone 212-286-0225

_____
See attached
Attorney for Defendant
Address _____
_____
Telephone _____

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED 3/14/08

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BENCHMARK EXPORT SERVICES, INC.        :   07 Civ. 9446 (SHS)

              Plaintiff(s),        :

    -against-                                 :   CONSENT TO PROCEED BEFORE
AMERICAN TRANSPORT LOGISTICS, INC.         UNITED STATES MAGISTRATE
    against                                  :
SAFMARINE, INC.   Defendant(s).         :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       March 14, 2008

_See attached_
Attorney for Plaintiff
Address _____
_____
Telephone _____

[signature]
Attorney for Defendant
Address CICHANOWICZ, CALLAN, KEANE, VENGROW etc.
61 Broadway, Suite 3000
Telephone  212 344 7042

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BENCHMARK EXPORT SERVICES, INC.,

                                             :      07 Civ. 9446 (SHS)

               Plaintiff(s),     :

      -against-
AMERICAN TRANSPORT LOGISTICS, INC.,     :      CONSENT TO PROCEED BEFORE
                                                      UNITED STATES MAGISTRATE

                                             :

      -against-      Defendant(s).    :
SAFMARINE, INC.,
                Third-Party Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY STIPULATED by the undersigned:

        1.     All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.     Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
         March 10, 2008

_see attached_                                    Justin T. Nastro
Attorney for Plaintiff                      Attorney for Defendant
Address _____           Address For 3rd-Party Def. SAFMARINE
                                        Freehill Hogan & Mahar, 80 Pine St., NY, NY
Telephone _____          Telephone 212 425-1900

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

                                                           SO ORDERED:

                                                           _____
                                                           Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

                                                            _____
                                                           For: Clerk U.S.D.C. S.D.N.Y.