```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENCHMARK EXPORT SERVICES, INC.,

                Plaintiff,

- against -

AMERICAN TRANSPORT LOGISTICS, INC.,

                Defendant.

**ORDER**

07 Civ. 9446 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 3, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **May 27, 2008, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the Parties complete discovery by **June 6, 2008.**

SO ORDERED this 3rd day of April 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge