```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENCHMARK EXPORT SERVICES, INC.,

                              Plaintiff,

                - against -

AMERICAN TRANSPORT LOGISTICS, INC.,

                             Defendant.

ORDER

07 Civ. 9446 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Following a conference with the Court on May 27, 2008,

    **IT IS HEREBY ORDERED** that

    1.    the discovery deadline is extended to **July 21, 2008**;

    2.    Third Party-Defendant may file a motion to enforce a forum selection clause by **August 4, 2008**, with any responses due **August 18, 2008**; and,

    3.    if no motion is filed, the Parties must file a joint pretrial order by **September 1, 2008**.

**SO ORDERED** this 27th day of May 2008
New York, New York

*Ronald Ellis* (signature)

The Honorable Ronald L. Ellis
United States Magistrate Judge