9-08/JTN

FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Third-Party Defendant
SAFMARINE, INC.
80 Pine Street
New York, New York 10005-1759
Telephone No: (212) 425-1900
Justin T. Nastro, Esq. (JN-2776)
Manuel A. Molina, Esq. (MM-1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BENCHMARK EXPORT SERVICES, INC.

       Plaintiff,

 -against-

AMERICAN TRANSPORT LOGISTICS, INC.

       Defendant.
-----------------------------------------------------------x
AMERICAN TRANSPORT LOGISTICS, INC.

   Defendant/Third Party Plaintiff,

 -against-

SAFMARINE, INC.

   Third Party Defendant.
-----------------------------------------------------------x

07 CIV 9446

Judge Stein

**STIPULATION OF DISMISSAL**

 IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff BENCHMARK EXPORT SERVICES, INC., Defendant and Third-Party Plaintiff AMERICAN TRANSPORT LOGISTICS, INC. and counsel for Third-Party Defendant

NYDOCS1/311519.1

SAFMARINE, INC., that the foregoing Complaint and Third-Party Complaint including all claims, cross-claims, and counterclaims are hereby dismissed with prejudice and without costs to any party as against any other party.

Dated:   New York, New York
         August 28, 2008

| | |
|---|---|
| CASEY & BARNETT, LLC<br>Attorneys for Plaintiff<br>BENCHMARK EXPORT SERVICES, INC.<br><br>By: */s/ Christopher M. Schierlob*<br>   Christopher M. Schierlob, Esq.<br>   317 Madison Avenue – 21st Floor<br>   New York, New York 10017<br>   Tel. No: (212) 286-0225 | FREEHILL, HOGAN & MAHAR, LLP<br>Attorneys for Defendants<br>SAFMARINE, INC.<br><br>By: */s/ Justin T. Nastro*<br>   Justin T. Nastro (JN-2776)<br>   80 Pine Street<br>   New York, New York 10005-1759<br>   Tel. No: (212) 425-1900 |

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant and Third-Party Plaintiff AMERICAN TRANSPORT LOGISTICS, INC.

By: _____
   Patrick Michael DeCharles, II
   61 Broadway, Suite 3000
   New York, New York 10006
   Tel. No: (212) 344-7042

SAFMARINE, INC., that the foregoing Complaint and Third-Party Complaint including all claims, cross-claims, and counterclaims are hereby dismissed with prejudice and without costs to any party as against any other party.

Dated:   New York, New York
         August 28, 2008

| | |
|---|---|
| CASEY & BARNETT, LLC<br>Attorneys for Plaintiff<br>BENCHMARK EXPORT SERVICES, INC. | FREEHILL, HOGAN & MAHAR, LLP<br>Attorneys for Defendants<br>SAFMARINE, INC. |
| By:_____<br>  Christopher M. Schierlob, Esq.<br>  317 Madison Avenue – 21st Floor<br>  New York, New York 10017<br>  Tel. No: (212) 286-0225 | By:_____<br>  Justin T. Nastro (JN-2776)<br>  80 Pine Street<br>  New York, New York 10005-1759<br>  Tel. No: (212) 425-1900 |

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant and Third-Party Plaintiff AMERICAN TRANSPORT LOGISTICS, INC.

By: _____/s/_____
   Patrick Michael DeCharles, II
   61 Broadway, Suite 3000
   New York, New York 10006
   Tel. No: (212) 344-7042